IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stuckie Raymond, Orpheus | Case Number: 07 B 02494 |
|---|---|---|
| | Simmons-Raymond, Lisa L | Judge: Squires, John H |
| | Printed: 1/8/08 | Filed: 2/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: January 4, 2008
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,200.09 | |
| Secured: | | 2,720.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,255.24 |
| Trustee Fee: | | 224.85 |
| Other Funds: | | 0.00 |
| Totals: | 4,200.09 | 4,200.09 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,654.00 | 1,255.24 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 15,936.06 | 2,720.00 |
| 4. | HSBC Mortgage Services | Secured | 12,301.76 | 0.00 |
| 5. | GMAC Auto Financing | Unsecured | 540.77 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 57.75 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 36.69 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 102.20 | 0.00 |
| 9. | Friedman & Wexler LLC | Unsecured | 166.88 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 204.50 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 12. | Tamiko Pitts | Priority | | No Claim Filed |
| 13. | John H Stroger Jr Hospital | Unsecured | | No Claim Filed |
| 14. | Card Protection Association | Unsecured | | No Claim Filed |
| 15. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 16. | MAC | Unsecured | | No Claim Filed |
| 17. | CBCS | Unsecured | | No Claim Filed |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | Receivables Performance | Unsecured | | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 21. | West Asset Management | Unsecured | | No Claim Filed |
| 22. | Oxford Collection Service | Unsecured | | No Claim Filed |
| | | | $ 31,000.61 | $ 3,975.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Stuckie Raymond, Orpheus            Case Number:  07 B 02494
        Simmons-Raymond, Lisa  L            Judge:  Squires, John H
        Printed:  1/8/08                    Filed:  2/13/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 4.8%     | 15.63      |
| 5.4%     | 209.22     |
|          | _____ |
|          | $ 224.85   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

